UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TINA M. ROOKS,

    Plaintiff,

v.                                                                                     Case No. 6:19-cv-1826-Orl-37GJK

PIONEER CREDIT RECOVERY, INC.,

    Defendant.
_____

## ORDER

On September 24, 2019, the Court issued its standard Related Case Order and Interested Persons Order. (Doc. 4 ("**RCO**"); Doc. 5 ("**IPO**").) Among other things, the RCO and IPO direct each party to file a Notice of Pendency of Other Actions and Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the orders or the date of first appearance. (Doc. 4, p. 1; Doc. 5, p. 1.) Defendant first appeared on October 15, 2019 (*see* Doc. 10) but has yet to submit either filing, even though the deadline has passed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before Tuesday, **November 12, 2019,** Defendant is **DIRECTED** to file both a Notice of Pendency of Other Actions and a Certificate of Interested Persons and Corporate Disclosure Statement that comply with the Court's orders (Docs. 4, 5).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 4, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record