UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TINA M. ROOKS,

      Plaintiffs,

vs.

CASE NO. 6:19-cv-1826-Orl-37GJK

PIONEER CREDIT RECOVERY, INC.,

      Defendant.
_____/

**JOINT MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

The Parties, Plaintiff, TINA M. ROOKS ("Plaintiff"), and Defendant, PIONEER CREDIT RECOVERY, INC. ("Defendant"), by and through undersigned counsel, hereby respectfully request this Court enter an Order allowing all counsel to appear telephonically at the Case Management Conference. In support thereof, Parties state as follows:

This Court's form Case Management Report requires the Parties to hold a Case Management Conference *in person*. Counsel for the Parties are located in different cities and therefore, would incur significant costs if its counsel traveled to and attended the Case Management Conference in person.

Further, the Parties have conferred via electronic mail and a Case Management Report shall be circulated prior to the Case Management Conference. Pending the outcome of the present motion, the Parties are available to confer telephonically on November 11, 2019 to finalize the Report.

**Rule 3.01(g) Certification**

The Parties agree, and jointly request the relief sought in this motion.

Case No. 6:19-cv-1826-Orl-37GJK

## MEMORANDUM OF LAW

Pursuant to this Court's standard Case Management Report, counsel for the Parties are required to meet *in person* for purposes of conducting the Rule 26 Case Management Conference. Counsel have conferred and agree that significant costs may be avoided if counsel are permitted to participate telephonically in the Case Management Conference. Additionally, Counsel agree that they can adequately meet the requirements of Rule 26 and Local Rule 3.05 by conferring telephonically. *See Report Fischer v. Dist. Sch. Bd. of Collier Cty.*, No. 210-CV-512-FTM-29SPC, 2010 WL 3522215, at *1 (M.D. Fla. Sept. 7, 2010) (noting "the use of telephonic hearings and conferences are encouraged by the Court where they are feasible").

Accordingly, the Parties respectfully seek leave from this Court for counsel to appear telephonically at the Case Management Conference.

Dated: November 7, 2019.

Respectfully submitted,

| SULAIMAN LAW GROUP, LTD | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ *Alexander J. Taylor* | /s/ *Peter A. Hernandez* |
| **Alexander J. Taylor, Esq., FBN 1013947** | **Peter A. Hernandez, Esq., FBN 64309** |
| 2500 South Highland Avenue, Suite 200 | 2525 Ponce de Leon Blvd., 4th Floor |
| Lombard, IL 60148 | Coral Gables, FL 33134 |
| Telephone: 630-575-8181 | Phone: (305) 358-7747 |
| ataylor@sulaimanlaw.com | pahernandez@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Case No. 6:19-cv-1826-Orl-37GJK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: 630-575-8181
Email: ataylor@sulaimanlaw.com

HINSHAW & CULBERTSON LLP

*/s/ Peter A. Hernandez*
Peter A. Hernandez
Florida Bar No.: 64309